[No. 43054-8-I.   Division One.   January 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL D. HARELL, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 93-1-00075-9, Alan R. Hancock, J., entered July 21, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 44176-1-I.   Division One.   January 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. PABLO SANCHEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-1-00462-1, Donald D. Haley, J., entered February 22, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 44622-3-I.   Division One.   January 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS RAY PACE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-1-01854-7, Norma Smith Huggins, J., entered May 10, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 45914-7-I.   Division One.   January 22, 2001.]

*In the Matter of the Marriage of* CHRISTY R. DIEMOND, *Respondent*, and NELS ERIK JENSEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-3-08917-2, Joan E. DuBuque, J., entered December 15, 1999. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Webster and Kennedy, JJ.